UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------
In Re:

Kathleen Louise Somnis-Brower aka
Kathleen Louise Somnis-Sherman

                                                                                       <u>ORDER</u>

                                 Debtor.

Chapter 7, Case No. 10-43923
------------------------------

      This case came before the court on the motion of U.S. Bank, N. A. as serviced by National Default Servicing Corporation, pursuant to 11 U.S.C. section 362 on August 19, 2010, at the U.S. Bankruptcy Court, Minneapolis, Minnesota.

      IT IS ORDERED:

      The automatic stay imposed by 11 U.S.C. 362 is terminated as to the real property over which the movant, its successors and assigns, has an interest under mortgage document no. 3985289, said property legally described as follows:

> Lots 6, and 7, and that part of Lot 5 lying Southwesterly of a line drawn from a point on the Southeasterly line of Lot 5 distant 6.00 feet Southwesterly from the most Easterly corner of Lot 5, to a point on the Northwesterly line of Lot 5 distant 3.00 feet Southwesterly from the most Northerly corner of Lot 5, Block 3, Dreamwood
>
> Torrens
>
> That part of Lot 5, lying Northwesterly of a line drawn from a point on the Southeastely line of Lot 5 distant 6.00 feet Southwesterly from the most Easterly corner of Lot 5 to a point on the Northwesterly line of Lot 5 distant 3.00 feet Southwesterly from the most Northerly corner of Lot 5, Block 3, Dreamwood.

      The movant, its successors and assigns, may proceed to foreclose the mortgage in accordance with Minnesota Statutes. Notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: August 19, 2010                                     /e/ Nancy C. Dreher
                                                                     Nancy C. Dreher
                                                                     ChiefUnited States Bankruptcy Judge

```
NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 08/19/2010
Lori Vosejpka, Clerk, by KK
```